RONALL HARRISON
1484657 ALLRED UNIT
2101 FM 369 NORTH
IOWA PARK,TEXAS 76367

MARCH 27 2015

40,355-04

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 02 2015

Abel Acosta, Clerk

ABEL ACOSTA,CLERK
COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308,CAPITOL STATION
AUSTIN, TEXAS 78711

RE: EX PARTE RONALD WAYNE HARRISON,CCA# WR-40,355-04
    TRIAL COURT NUMBER 4205-C,JACK COUNTY,TEXAS

Dear Mr. Acosta,

   Sir, I received a letter from an attorney on March 24 2015 stating that he had been appointed by the Judge of the above stated court in regards to the above listed writ number. He further stated that the Court of Criminal Appeals ORDER requires that a hearing be held on or before June 5 2015.

Sir,I have never recived any notice from your court in this matter, but I am also well aware that the mailroom here on the Allred Unit has a habit of misplacing letters only to find them at a much later date. So at this time Sir I would ask that a copy of the above mentioned order from the court be sent to me at the above listed address. If a letter has already been sent then I apologize for the mailroom ,but I have never received any letter or notice of the above mentioned order that the attorney referenced in his letter.

Your time,help,and understanding in this matter is most greatly appreciated. Thank you and have a nice day!

                                          Sincerely,

                                          Ronald W. Harrison